# UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF OHIO

FILED

2009 DEC 14 PM 2: 25

BANKRUPTCY COURT
TOLEDO, OHIO

In re:   FIELDS, SAMUEL, JR.                Case No. 08-34734

FIELDS, CYRENA A

Judge  Mary Ann Whipple

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Quest Diagnostics, Inc | PO Box 7009 | $4.33 |
| c/o Russell Collection Agency | Flint, MI 48507 | |

Check for $4.33 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated:  12/11/09

cc:

Office of the U.S. Trustee